# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| WANDA PATTERSON,<br>      Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-209-D** |

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Judgment on the Pleadings [D.E. 68] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 70] is DENIED, and this action is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. 405(g). The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 3, 2012,** WITH A COPY TO:

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Mark J Goldenberg (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>August 3, 2012</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br><u>/s/Debby Sawyer</u><br>(By) Deputy Clerk |

Raleigh, North Carolina