IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WANDA PATTERSON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil No. 5:11-cv-209-D |
| | * |
| MICHAEL J. ASTRUE, | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

\* \* \* \* \*

## ORDER FOR PAYMENT OF ATTORNEY FEES

The Court hereby awards Plaintiff $2,695.00 in attorney fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED this __26__ day of __November__, 2012.

_____
JUDGE JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE