IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| WANDA PATTERSON, | * | |
| --- | --- | --- |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. 5:11-cv-209-D |
| | * | |
| CAROLYN W. COLVIN, | * | |
| Acting Commissioner of | * | |
| Social Security, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Plaintiff's request for $5,561.00 in attorney's fees under section 406(b) is GRANTED.

Upon receipt of the 406(b) fees, Plaintiff's counsel shall refund to Plaintiff $2,695.00, which equals the amount Plaintiff's counsel previously received under the Equal Access to Justice Act.

This 18 day of July, 2013.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE